IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Emily Forcke, deceased, by and through her Co-Administrators, Sarah Jean Clark and Edmund W. Forcke, II <br><br> Plaintiffs, <br><br> v. <br><br> Shelton Hardy, Jr., Ten Fold Transportation, Inc., Rocky Mountain Express Corporation d/b/a RMX Global Logistics, and Sanderson Farms, Inc. (Processing Division), <br><br> Defendants. | C.A. No.: 4:20-cv-01823-SAL <br><br> **ORDER CONSOLIDATING CASES FOR DISCOVERY PURPOSES ONLY** |
| Brent Everett Cornell, deceased, by and through his Administrator, William David Cornell, Jr. <br><br> Plaintiffs, <br><br> v. <br><br> Shelton Hardy, Jr., Ten Fold Transportation, Inc., Rocky Mountain Express Corporation d/b/a RMX Global Logistics, and Sanderson Farms, Inc. (Processing Division), <br><br> Defendants. | C.A. No.: 4:20-cv-01824-SAL |
| Louis Scott, Sr., Louis Scott, Jr., by and through his Conservator and Natural Guardian ad Litem Louis Scott, Sr., and Deborah Scott, deceased, by and through her Administrator Louis Scott, Sr. <br><br> Plaintiffs, <br><br> v. <br><br> Shelton Hardy, Jr., Ten Fold Transportation, Inc., Rocky Mountain Express Corporation d/b/a RMX Global Logistics, and Sanderson Farms, Inc. (Processing Division), <br><br> Defendants. | C.A. No.: 4:20-cv-02649-SAL |

Based on the Consent Motion to Consolidate Cases for Discovery Purposes Only filed with this Court in the above-referenced case, it is hereby ordered these matters are hereby consolidated for discovery purposes only:

- *Emily Forcke, deceased, by and through her Co-Administrators, Sarah Jean Clark and Edmund W. Forcke, II v. Shelton Hardy, Jr., Ten Fold Transportation, Inc., Rocky Mountain Express Corporation d/b/a RMX Global Logistics, and Sanderson Farms, Inc. (Processing Division),* C.A. No. 4:20-cv-01823-SAL;

- *Brent Everett Cornell, deceased, by and through his Administrator, William David Cornell, Jr. v. Shelton Hardy, Jr., Ten Fold Transportation, Inc., Rocky Mountain Express Corporation d/b/a RMX Global Logistics, and Sanderson Farms, Inc. (Processing Division),* C.A. No. 4:20-cv-01824-SAL; and

- *Louis Scott, Sr., Louis Scott, Jr., by and through his Conservator and Natural Guardian ad Litem Louis Scott, Sr., and Deborah Scott, deceased, by and through her Administrator Louis Scott, Sr. v. Shelton Hardy, Jr., Ten Fold Transportation, Inc., Rocky Mountain Express Corporation d/b/a RMX Global Logistics, and Sanderson Farms, Inc. (Processing Division)*, C.A. No. 4:20-cv-02649-SAL.

It is further **ORDERED**:

1. Any responses to outstanding discovery due prior to the date of this Order shall be responded to as captioned when served; and

2. Any and all documents received in response to discovery requests and/or subpoenas issued under any of the above-referenced case numbers can be used in all cases referenced above.

The Court notes Defendants Rocky Mountain Express Corporation d/b/a RMX Global Logistics, and Sanderson Farms, Inc. (Processing Division) have filed motions to dismiss in these matters. Those motions remain under consideration by the Court and those Defendants' consent to consolidation for discovery of these matters does not serve as a waiver of those motions.

**AND IT IS SO ORDERED.**

/s/Sherri A. Lydon
United State District Judge

Dated: October 28, 2020
Florence, South Carolina.